# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# REDDING BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:17-mj-0019 CMK |
| vs. | ORDER TO PAY |
| EMMETT LEE BAKER | |

The Defendant, having been found guilty of the amended charge of 43 CFR 8341.1(d) assimilating California Vehicle Code 23103, reckless driving, after entry of a no contest plea thereto, is

ORDERED TO PAY a fine in the sum of $975.00 and a penalty assessment of $25.00 for total of $1,000.00 on or before January 1, 2018, to the Clerk, U.S. District Court, 501 I Street, Sacramento, California 95814.

DATED: November 28, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE